1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   HUGO CERNAS,                                    1:10-cv-02126-JLT (HC)

12           Petitioner,
                                                      ORDER DENYING MOTION FOR
13      vs.                                           APPOINTMENT OF COUNSEL

14   ANTHONY HEDGPETH,
                                                      (Doc. 2)
15           Respondent.
     _____/

16

17          Petitioner has requested the appointment of counsel, citing his lack of financial

18   resources to retain counsel, his lack of experience in the law, and his lack of reliable access to

19   the prison law library, as grounds therefore.  (Doc. 2).  There currently exists no absolute right

20   to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479,

21   481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18

22   U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the

23   interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the

24   present case, the Court does not find that the interests of justice require the appointment of

25   counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request

26   for appointment of counsel (Doc. 2), is denied.

27   IT IS SO ORDERED.

28   Dated:   November 16, 2010                        /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE