UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUGO CERNAS, | ) | 1:10-cv-02126-JLT HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING AS MOOT PETITIONER'S |
| | ) | MOTION FOR STAY (Doc. 3) |
| v. | ) | |
| | ) | |
| ANTHONY HEDGPETH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on November 15, 2010. (Doc. 1). Concurrently, Petitioner filed a motion to hold the petition in abeyance pursuant to Rhines v. Weber, 544 U.S. 269 (2005), on the grounds that he had already filed a state habeas petition to exhaust ground five, i.e., prosecutorial misconduct, in case no. S182224, and that a stay would permit Petitioner to fully exhaust that claim and avert having the instant petition dismissed as a mixed petition. (Doc. 3).

However, it is unnecessary to address the merits of Petitioner's motion for a stay of proceedings because the Court has accessed the electronic database of the California State Courts and determined that, in case no. S182224, the habeas corpus petition was denied by the California Supreme Court on December 1, 2010, approximately two weeks after Petitioner filed the instant motion. Because that state petition has been denied by the highest state court, the issue would appear

1  to be fully exhausted.  Accordingly, the instant petition does not appear to be a mixed petition;
2  therefore, Petitioner's request for a stay to exhaust ground five is now moot.
3        Therefore, the Court HEREBY ORDERS that Petitioner's motion for stay of proceedings
4  (Doc. 3), is DENIED as MOOT.
5  IT IS SO ORDERED.
6  Dated:   **December 14, 2010**                                         /s/ Jennifer L. Thurston
                                                                                                       UNITED STATES MAGISTRATE JUDGE